# EXHIBIT 1

**IMPORTANT INFORMATION**
When you order your $1 Credit Report and Score here, you will begin your 7-day trial membership in Triple Advantage*. If you don't cancel your membership within the 7-day trial period*, you will be billed $14.95 for each month that you continue your membership. You may cancel your trial membership anytime within the trial period without charge.


Member Sign-In



## Mistakes on your Credit Report can cost you thousands! See if yours is accurate.

Try one of these great offers to find out how your credit looks.

### Free Credit Report Delivered in 2 Days
- May take up to 2 days to see your Report
- Credit Score not included in this offer
- No membership required

### Get Your Instant Credit Report & Score for $1
- See your Credit Report & Score instantly
- Find out which factors affect your Score
- Be alerted when your Score goes up or down

*Monitoring with Experian begins within 48 hours of enrollment in your free trial. Monitoring with Equifax and TransUnion takes approximately 4 days to begin, though in some cases cannot be initiated during your trial period. You may cancel your trial membership any time within 9 days of enrollment without charge.

© 2011 Consumerinfo.com, Inc. - All Rights Reserved



ABOUT US    CONTACT US    TERMS & CONDITIONS    PRIVACY POLICY    AD TARGETING POLICY    SITE MAP

### Take the first step toward staying on top of your credit!

Getting your Credit Report & Credit Score is the first step in knowing your credit. Monitoring your credit report allows you to stay on top of your credit on a daily basis.

**Triple Advantage monitors all 3 of your national credit reports daily for key changes!**

**Try it RISK-FREE for 7 days!**

- Daily monitoring of your Experian®, Equifax®, and TransUnion® Credit Reports with alert notifications when key changes occur
- Unlimited access to your Experian Credit Report so you can review it any time you want
- Bi-monthly monitoring of your Experian Credit Score with alert notifications when it goes up or down or moves you into a different Risk Level
- A Monthly Statement with your Credit Score, Alerts digest, and a summary of the key financial information that lenders use to rate you
- Our $50,000 Guarantee* and around-the-clock access to a Fraud Resolution Specialist in case your identity is stolen

Take the guesswork out of what's happening with your credit. Enroll in your RISK-FREE 7-day trial of Triple Advantge and get your Credit Report & Credit Score for $1!

* Due to New York state law restrictions, the Triple Advantage Guarantee cannot be offered to residents of New York.

**More on Credit Score.**

DID YOU KNOW that three little numbers (your credit score) could end up saving you hundreds, or even thousands, of dollars? Lenders use credit scores to help them determine the "credit worthiness" of consumers applying for credit cards, lines of credit, or loans. The applicant's credit score will probably be used for figuring out whether he or she qualifies for credit, and if so, what terms and interest rates he or she will receive.

Credit scores are calculated based on data in your credit reports and, as fluid numbers, change over time, sometimes on a daily basis! That's why it's so important to stay on top of your credit reports for changes that could affect your credit scores. Other than pulling your credit report on a daily basis, credit monitoring is the best way to know what's happening in your credit report.

Triple Advantage Credit Monitoring lets you do both - it monitors all three of your credit reports for key changes and alerts you if any are found, plus you can pull your credit report and check your credit score every day as a paid member!

**Try Triple Advantage RISK-FREE for 7 days and get your
Credit Report & Credit Score for $1!**

# EXHIBIT 1