# EXHIBIT 3




**IMPORTANT INFORMATION:**

When you order your free credit score here, you will begin your 7-day trial membership in Triple Advantage. If you don't cancel your membership within the trial period, you will be billed $14.95 each month that you continue your membership. You may cancel your membership anytime within the trial period without charge.

Try it FREE! Membership helps you understand your credit and plan for financial decisions.

**Credit Score Alerts**
Find out when your score changes. This could help you qualify for better interest rates and lower monthly payments on new loans.

**Credit Score Center**
Understand how your score works. Find out how it's calculated, which factors impact it, and the best time to apply credit.

**Credit Score Estimator**
Plan ahead to see how big financial decisions, like applying for loans or maxing out credit cards, may impact your score.

Member Sign In

**Start Your Trial Here**

First Name

Last Name

Email

Checking your own credit won't affect your score!

**Get Your FREE Trial & FREE Credit Score!**

**Good Score**
+ Pay Bills On Time
+ Low Credit Card Balances
+ Age of Accounts

**Poor Score**
- Late or Missed Payments
- Too Many Credit Requests
- Foreclosures




© 2011 Consumerinfo.com, Inc.

Company | Legal | Support
About Us | Privacy Policy | FAQs
| Terms & Conditions | Contact Us
| Ad Targeting Policy |

**EXHIBIT 3**