# EXHIBIT 4



## ConsumerInfo.com
An Experian® company

MEMBER LOGIN

# What you do today can impact your credit tomorrow.

Now when you order your Report for only $1 you'll also get your Credit Score for FREE!

**IMPORTANT INFORMATION**
When you order your $1 Credit Report and free Score here, you will begin your 7-day trial membership in Triple Advantage. If you don't cancel your membership within the 7-day trial period, you will be billed $14.95 for each month that you continue your membership. You may cancel your trial membership anytime within the trial period without charge.



**Questions?**
Contact Us

Terms and Conditions

## Get your Credit Report & Score safely and securely!

First Name | MI | Last Name | Email Address

Street Address | Apt.

City | State | Zip Code

How long have you lived at your current address?
More than 6 months ▼

☑ Yes, send me important credit information and special offers from Consumerinfo.com and other Experian companies.
Privacy Notice and Ad Targeting Policy



Start with our 7-day risk-free trial to get all of this!

- See your Credit Report for $1
- See how strong your Credit Score is for FREE
- Check Your Report for mistakes & errors
- Get emails of key Credit Report changes
- Stay on top of your credit with Monthly Statements

» Get your Credit Report & Score!

**EXHIBIT 4**

| Loan Center | 3 Bureau Credit Report & Score | Credit Report & Score |
|---|---|---|
| **Looking for a Loan?** | **See all 3 of Your Credit Reports plus a FREE Credit Score!** | **What's Your Credit Score?** |
| Look no further. Visit our Loan Center and find valuable offers categorized by the type of loan you're looking for. | Your Experian®, TransUnion®, and Equifax® credit reports in one easy-to-read report! for only $34.95! | Get your Experian Credit Report and score Score in seconds** for only $14.95 |
|  |  |  |

*Monitoring with Experian begins within 48 hours of enrollment in your free trial. Monitoring with Equifax and TransUnion takes approximately 4 days to begin, though in some cases cannot be initiated during your trial period. You may cancel your trial membership any time within 9 days of enrollment without charge.

**For your protection, online credit reports are delivered upon confirmation of your identity.

## CREDIT REPORT BASICS

**What is a credit report?**
A consumer credit report is a document containing a factual record of an individual's credit payment history. Credit grantors are permitted by law to review credit reports to objectively determine whether to grant a consumer credit. Lenders usually report consumer credit payment information to the credit bureaus. Most of the information in a consumer credit report comes directly from the companies consumers do business with.

**What kind of information does a credit report contain?**
Your Experian credit report contains four types of information: identifying information, credit information, public record information, and inquiries.

- **Identifying information** includes:
  - Your name
  - Your current and previous addresses
  - Your Social Security number
  - Your year of birth
  - Your current and previous employers
  - If you're married, your spouse's name

- **Credit information** includes credit accounts or loans you have with:
  - Banks
  - Retailers
  - Credit card issuers
  - Other lenders

- **Public record information** includes any information that's contained in state and county court records, like:
  - Bankruptcies
  - Tax liens
  - Monetary judgments

**Inquiries** indicate to other credit grantors that you have applied for new credit, which could result in additional debt. Potential lenders may view multiple recent inquiries on your credit report as a sign you may be overextending yourself.

**What is credit monitoring?**
Credit monitoring is the act of monitoring your credit report for key changes like inquiries or the opening of new accounts. Such changes to your credit report could be indications of unauthorized activity like fraud or identity theft.

**Why is it important to monitor my credit report?**
Your credit report can change daily as creditors and lenders report new information about you to the credit bureaus. And with identity theft on the rise, it's recommended that you check your credit report regularly for signs of fraudulent activity. Triple Advantage®; Monitoring checks your report daily and notifies you by email when key changes are detected because early detection is key to minimizing the damage that mistakes and ID theft can have on your credit. So get your $1 Credit Report & FREE Score with your 7-day trial membership in Triple Advantage Credit Monitoring!

**What does this offer include?**

This promotional offer for first-time customers includes a $1 Credit Report & FREE Credit Score with your 7-day trial membership in Triple Advantage Credit Monitoring. Your free trial membership also includes daily monitoring of your Credit Report and email alerts of key changes that could indicate potential mistakes, errors, or fraudulent activity. After your trial, your full membership also includes unlimited Credit Reports & Scores to help you take better care of your credit.

### Why should I be worried about identity theft?

Identity Theft can affect many aspects of your life, causing you to be turned down for credit, denied a home rental, and could even cost you a new job! Triple Advantage Credit Monitoring takes the work out of constantly checking your credit report by monitoring your credit daily for you and sending you email alerts when key changes are detected. And don't forget that you also have unlimited credit reports with your full membership. Spotting signs of fraudulent activity early is key to minimizing the damage it can do to your credit.

## ABOUT CREDIT SCORES

A credit score is a three-digit number that lenders and creditors use to determine a consumer's credit worthiness. A higher credit score could qualify an applicant for lower interest rates and better terms on a loan or credit card, which could translate into a savings of hundreds or thousands of dollars over the life of a loan or the duration of a credit card account.

Credit scores are calculated based on the data in your credit reports. They can change over time, sometimes on a daily basis, based on activity and changes to your credit reports. That is why it's important to stay on top of your credit reports for key changes that could affect your credit scores, something credit monitoring does automatically. It's the fastest, easiest way to stay on top of your credit, other than pulling your credit report on a daily basis, something you can do as a paid member of Triple Advantage Credit Monitoring!

So take advantage of this opportunity to get your Credit Report for $1 and your FREE Credit Score when you try Triple Advantage Credit Monitoring FREE for 7 days!*

Home | About Us | Privacy Policy | Terms and Conditions | Ad Targeting Policy | Site Map
Credit Information | Loan Information | Glossary | FAQs

**Experian Interactive Sites**
PriceGrabber.com | LowerMyBills.com | FreeCreditReport.com | FamilySecure.com | ClassesUSA.com