# EXHIBIT 5

Member Sign-In



### Start Your Trial Here

First Name

Last Name

Email

Checking your own credit
won't affect your Score!

**IMPORTANT INFORMATION:**
When you order your free Credit Score here, you will begin your 7-day trial membership in Triple Advantage®. If you don't cancel your membership within the 7-day trial period*, you will be billed $14.95 for each month that you continue your membership. You may cancel your trial membership anytime within the trial period without charge.

We are committed to
protecting the info you entrust
to us.

Try it FREE! Membership helps you understand your credit and plan for financial decisions.

**Credit Score Alerts**
Find out when your Score changes. This could help you qualify for better interest rates and lower monthly payments on new loans.

**Credit Score Center**
Understand how your Score works. Find out how it's calculated, which factors impact it, and the best time to apply for credit.

**Credit Score Estimator**
Plan ahead to see how big financial decisions, like applying for loans or maxing out credit cards, may impact your Score.

*Monitoring with Experian begins within 48 hours of enrollment in your free trial. Monitoring with Equifax and TransUnion takes approximately 4 days to begin, though in some cases cannot be initiated during your trial period. You may cancel your trial membership any time within 9 days of enrollment without charge.

| Company | Legal | Support |
|---|---|---|
| About Us | Privacy Policy | FAQ's |
| | Terms & Conditions | Contact Us |
| | Ad Targeting Policy | Site Map |

  

© 2011 ConsumerInfo.com, Inc.

EXHIBIT 5