# EXHIBIT 6





**Member Login**



**IMPORTANT INFORMATION:**

When you order your free report here, you will begin your free trial membership in Triple Advantage<sup>SM</sup> Credit Monitoring. If you don't cancel your membership within the 7-day trial period*, you will be billed $14.95 for each month that you continue your membership.

ConsumerInfo.com and Freecreditreport.com are not affiliated with the annual free credit report program. Under a new Federal law, you have the right to receive a free copy of your credit report once every 12 months from each of the three nationwide consumer reporting companies. To request your free annual report under that law, you must go to www.annualcreditreport.com.

Remember, all free credit reports are not created equal. Get your Free Credit Report and Credit Score from the leading provider of consumer credit monitoring products.

### GET YOUR FREE CREDIT SCORE AND A WHOLE LOT MORE!

All FREE Credit Reports are not created equal. See why we've been America's #1 online choice going on 10 years!

**GET YOURS NOW**





* Monitoring with Experian begins within 48 hours of enrollment in your free trial. Monitoring with Equifax and TransUnion takes approximately 4 days to begin, though in some cases cannot be initiated during your trial period. You may cancel your trial membership any time within 9 days of enrollment without charge.

** For your protection, we must verify your identity online before providing your credit report

ConsumerInfo.com, Inc. is licensed to use the Experian trademark, other trademarks and service marks. The products on this Web site are offered by ConsumerInfo.com, Inc.



©ConsumerInfo.com, Inc. 2011 - All Rights Reserved

ABOUT US   ID THEFT   CONTACT US   BECOME AN AFFILIATE   TERMS & CONDITIONS   PRIVACY POLICY   SITE MAP



### Take the first step toward taking control of your credit!

Getting your FREE Credit Report & Credit Score is the first step in knowing your credit. Monitoring your credit report allows you to stay on top of your credit on a daily basis.

**Triple Advantage monitors all 3 of your national credit reports daily for key changes!**

### Try it FREE for 7 days!

- Experience daily monitoring of your Experian, Equifax, and TransUnion credit reports
- Receive email alerts of key changes and potential signs of identity theft to any of your 3 credit reports.
- Get unlimited Experian credit reports & credit scores with paid membership

- $50,000 Triple Advantage Guarantee*
- And more!

Take the guesswork out of what's happening with your credit. Enroll in your FREE 7-day trial of Triple Advantage and get your FREE credit report & credit score just for trying it!

* Due to New York state law restrictions, the Triple Advantage Guarantee cannot be offered to residents of New York.

**More on Credit Score.**

DID YOU KNOW that three little numbers (your credit score) could end up saving you hundreds, or even thousands, of dollars? Lenders use credit scores to help them determine the "credit worthiness" of consumers applying for credit cards, lines of credit, or loans. The applicant's credit score will probably be used for figuring out whether he or she qualifies for credit, and if so, what terms and interest rates he or she will receive.

Credit scores are calculated based on data in your credit reports and, as fluid numbers, change over time, sometimes on a daily basis! That's why its so important to stay on top of your credit reports for changes that could affect your credit scores. Other than pulling your credit report on a daily basis, credit monitoring is the best way to know what's happening in your credit report.

Triple Advantage credit monitoring lets you do both-it monitors all three of your credit reports for key changes and alerts you if any are found, plus you can pull your credit report and check your credit score every day as a paid member!

Try Triple Advantage FREE for 7 days and get a
FREE Credit Report & Credit Score just for trying it!