# EXHIBIT 7

**freecreditreport.com**

# Terms And Conditions

Revised June 10, 2010

## ACCEPTANCE OF TERMS

These Terms and Conditions ("Terms and Conditions" or "Agreement") apply to all: (a) transactions between you and ConsumerInfo.com, Inc. ("CIC") all transactions through the www.freecreditreport.com website and all other websites owned and operated by CIC, including, but not limited to, your purchase of the membership based products known as Triple Advantage℠, TripleAlert℠, CreditCheck®, Credit Manager℠, CreditCheck® Deluxe, CreditCheck® Premium, CreditCheck® Total, ChildSecure℠ and CardSafe™, and non-membership based Products such as the 3 Bureau Credit Report, Instant Single Credit Report, PLUS Score®, Statutory PLUS Score and Free Experian Credit Report (collectively, the "Products"); (b) your access to and use of the website located at www.freecreditreport.com (the "Product Website"); and (d) your access to and use of calculators, credit resources, text, pictures, graphics, logos, button items, icons, images, works of authorship and other information and all revisions, modifications, and enhancements thereto (the "Content").

YOUR ORDER OF, USE OF, AND ACCESS TO, THE PRODUCTS, PRODUCT WEBSITES AND CONTENT ARE SUBJECT TO ALL TERMS AND CONDITIONS CONTAINED HEREIN AND ALL APPLICABLE LAWS AND REGULATIONS. PLEASE READ THESE TERMS AND CONDITIONS CAREFULLY. YOUR ORDER OF, ACCEPTANCE OF, USE OF, AND/OR ACCESS TO, THE PRODUCTS, PRODUCT WEBSITES AND/OR CONTENT CONSTITUTES YOUR AGREEMENT TO ABIDE BY EACH OF THE TERMS AND CONDITIONS SET FORTH HEREIN. IF YOU DO NOT AGREE WITH ANY OF THESE TERMS OR CONDITIONS, DO NOT ORDER, USE OR ACCESS ANY PRODUCT, PRODUCT WEBSITE OR CONTENT, OR ANY OF THE INFORMATION WITHIN THE PRODUCT, PRODUCT WEBSITE, OR CONTENT, DISCARD THE PRODUCTS YOU RECEIVED IMMEDIATELY AND CALL CUSTOMER SERVICE TO CANCEL YOUR MEMBERSHIP.

This Agreement may be updated from time to time. Online customers should check the Product Websites regularly for updates to these Terms and Conditions. Each time you order, access or use any of the Products, Product Websites, and/or Content, you signify your acceptance and agreement, without limitation or qualification, to be bound by the then current Agreement.

## USE OF THE PRODUCTS

In consideration of your order of, access to, and/or use of any Product, Product Website, and/or Content you agree to provide true, accurate, complete and current information about yourself and any minor children you are enrolling, or have enrolled, in any Product, when prompted to do so by the registration and application forms or requested to do so by CIC. By registering, you certify that you are eighteen (18) years of age or older. If any information you provide is untrue, inaccurate or not current, or if CIC has reasonable grounds to suspect that such information is untrue, inaccurate or not current, CIC, at its sole discretion, has the right to suspend or terminate your order of, use of, and/or access to, any Product, Product Website and/or Content, and refuse all current or future orders of, use of, and/or access to, any Product, Product Website and/or Content, or suspend or terminate any portion thereof. Further, you agree that CIC will not be liable to you, your minor children or any third party if CIC suspends or terminates your order of, use of, or access to any Product, Product Websites or Content, or any portion thereof, for any reason.

You understand and agree that by submitting your order you are providing "written instructions" in accordance with the Fair Credit Reporting Act, as amended ("FCRA"), for CIC to obtain information from your personal credit profile from Experian or any other credit reporting company and to obtain information from the personal credit profile, if any, of any minor child whom you have enrolled in ChildSecure℠. You authorize CIC to access your credit profile (and those of any minor children whom you have enrolled in ChildSecure℠) to verify your identity (or those of any minor children whom you have enrolled in ChildSecure℠) and to provide credit monitoring, credit reporting, credit scoring, credit score monitoring and tracking, identity monitoring, fraud resolution and card registry products. You also authorize CIC to access your credit profile (or those of any minor children whom you have enrolled in ChildSecure℠) to perform other functions related to providing the product(s) that you have ordered or may order, including to verify your identity or any certification that you may be required to make.

## ARBITRATION

YOU UNDERSTAND AND AGREE THAT ALL CLAIMS, DISPUTES OR CONTROVERSIES BETWEEN YOU (OR ANY OF YOUR MINOR CHILDREN) AND CIC, AND ITS PARENTS, AFFILIATES, SUBSIDIARIES OR RELATED COMPANIES, INCLUDING BUT NOT LIMITED TO TORT AND CONTRACT CLAIMS, CLAIMS BASED UPON ANY FEDERAL, STATE OR LOCAL STATUTE, LAW, ORDER, ORDINANCE OR REGULATION, AND THE ISSUE OF ARBITRABILITY, SHALL BE RESOLVED BY FINAL AND BINDING ARBITRATION AT A LOCATION DETERMINED BY THE ARBITRATOR. ANY CONTROVERSY CONCERNING WHETHER A DISPUTE IS ARBITRABLE SHALL BE DETERMINED BY THE ARBITRATOR AND NOT BY THE COURT. JUDGMENT UPON ANY AWARD RENDERED BY THE ARBITRATOR MAY BE ENTERED BY ANY STATE OR FEDERAL COURT HAVING JURISDICTION THEREOF. THIS ARBITRATION CONTRACT IS MADE PURSUANT TO A TRANSACTION IN INTERSTATE COMMERCE AND ITS INTERPRETATION, APPLICATION, ENFORCEMENT AND PROCEEDINGS HEREUNDER SHALL BE GOVERNED BY THE FEDERAL ARBITRATION ACT ("FAA"). NEITHER YOU (NOR ANY OF YOUR MINOR CHILDREN) NOR CIC SHALL BE ENTITLED TO JOIN OR CONSOLIDATE CLAIMS IN ARBITRATION BY OR AGAINST OTHER CONSUMERS OR ARBITRATE ANY CLAIM AS A REPRESENTATIVE OR MEMBER OF A CLASS OR IN A PRIVATE ATTORNEY GENERAL CAPACITY. THE PARTIES VOLUNTARILY AND KNOWINGLY WAIVE ANY RIGHT THEY HAVE TO A JURY TRIAL.

## FCRA DISCLOSURES

The FCRA allows you to obtain a copy of all of the information in your consumer credit file disclosure from any consumer credit reporting company for a reasonable charge. The FCRA also states that individuals are entitled to receive a disclosure directly from the consumer credit reporting company free of charge under the following circumstances:

- You have been denied credit, insurance or employment in the past 60 days as a result of your report
- You certify in writing that you are unemployed and intend to apply for employment in the 60-day period beginning on the day you make the certification
- You are a recipient of public welfare assistance
- You have reason to believe that your file at the agency contains inaccurate information due to fraud

The FCRA also permits consumers to dispute inaccurate information in their credit report without charge. Accurate information cannot be changed. You do not have to purchase your credit report or other information from CIC to dispute inaccurate or incomplete information in your Experian file or to receive a copy of your Experian consumer disclosure.

The credit report you are requesting from CIC is not intended to constitute the disclosure of Experian information required by the FCRA or similar state laws. Experian's National Consumer Assistance Center provides a proprietary consumer disclosure that is different from the consumer credit report provided by CIC. This disclosure report must be obtained directly from Experian by going to www.experian.com/dispute, or by calling 888-EXPERIAN.

**EXHIBIT 7**

The FCRA allows consumers to get one free comprehensive disclosure of all of the information in their credit file from each of the three national credit reporting companies (Experian, Equifax, and TransUnion) once every 12 months through a central source. Georgia residents can receive two disclosures per year. Although comprehensive, the credit reports from each of the three national credit reporting companies that are available from CIC may not have the same information as a credit report obtained directly from the three national credit reporting companies or through the central source. To request your free annual report under the FCRA, you must go to www.annualcreditreport.com, or call 877-322-8228. CIC's Products are not related to the free FCRA disclosure that you are or may be entitled to.

**MODIFICATION OF PRODUCTS**
CIC may, at its discretion, modify or discontinue any of the Products, Product Websites or Content, or any portion thereof, with or without notice. You agree that CIC will not be liable to you, your minor children or any third party for any modification or discontinuance of any of the Products, Product Websites or Content.

**NOTICE OF PROSECUTION**
For online customers, access to and use of password protected and/or secure areas of the Product Websites are restricted to authorized users only. Unauthorized individuals attempting to access these areas of the Product Websites may be subject to prosecution.

Failure to comply with the FCRA can result in state or federal enforcement actions, as well as private lawsuits. In addition, any person who knowingly and willfully obtains a consumer credit report or disclosure under false pretenses may face criminal prosecution.

**SECURITY MEASURES AND AUTHENTICATION**
Because CIC uses security measures designed to protect your privacy and to safeguard your information, CIC may not always be able to successfully provide Products to you, including instant online delivery of your credit report for online customers. For example, for certain online Products, when the system is unable to verify your identity, you may be routed through a manual authentication process. After your identity has been verified, CIC will send a private access code via U.S. mail to the address in your credit file, which you can use to access your report online. This process is normally completed within five (5) to seven (7) days. For other products, CIC cannot offer a manual authentication process and will be unable to fulfill your order if you fail online authentication one or more times. Additionally, in the case of off-line customers, CIC will mail your credit report to the best address listed on your credit file as a security measure. If you are not able to access your mail at that location, CIC cannot provide any Products to you.

**PERSONAL INFORMATION**
CIC may use your personal information to the extent necessary to process your order and/or engage in business maintenance.

**REVIEW AND RECEIPT OF PRIVACY NOTICE**
By submitting your order, you acknowledge receipt of our Privacy Notice and agree to its terms.

**ON-LINE REQUIREMENTS**
You must have an email address and a Java-compatible browser such as Netscape Navigator 6.0 or higher, Internet Explorer 5.0 or higher, or AOL 8.0 or higher to receive your Products online. As an online customer, you are agreeing to receive all notifications via email at the email address on file with CIC. To ensure receipt of all notifications, you are obligated to update the email address on file when your email address changes.

**NO WARRANTY BY CIC**
YOU EXPRESSLY UNDERSTAND AND AGREE THAT YOUR USE OF THE PRODUCTS, PRODUCT WEBSITES AND CONTENT IS AT YOUR SOLE RISK. ALL PRODUCTS, PRODUCT WEBSITES AND CONTENT ARE PROVIDED ON AN "AS IS" OR "AS AVAILABLE" BASIS. CIC AND ITS SUPPLIERS EXPRESSLY DISCLAIM ALL WARRANTIES, GUARANTEES [OTHER THAN THE "Triple Advantage GUARANTEE" OR THE "CardSafe™ GUARANTEE" DESCRIBED WITHIN THESE TERMS AND CONDITIONS] AND CONDITIONS OF ANY KIND WHETHER EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, TITLE OR NONINFRINGEMENT. THE INFORMATION CONTAINED IN THE PRODUCTS, PRODUCT WEBSITES, CONTENT OR OTHER MATERIALS YOU MAY RECEIVE FROM CIC DO NOT CONSTITUTE LEGAL, TAX, ACCOUNTING OR OTHER PROFESSIONAL ADVICE. OTHER THAN TO THE EXTENT MADE IN THE "Triple Advantage GUARANTEE" OR THE CardSafe™ GUARANTEE DESCRIBED WITHIN THESE TERMS AND CONDITIONS, CIC MAKES NO WARRANTY THAT (I) THE PRODUCTS AND CONTENT ARE ACCURATE, TIMELY, UNINTERRUPTED OR ERROR-FREE; AND (II) ANY RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE PRODUCTS OR CONTENT WILL BE RELIABLE.

**ACTIVATION CODES**
If you are using an activation code to obtain a Product, you are restricted to a one-time use of such activation code. Any subsequent use of the activation code will result in immediate termination of any associated Products without notice and in accordance with the termination provision(s) in the section entitled "Use of the Products," found herein.

Please note that if you improperly obtain a Product with an activation code, any credit card number you may have provided to us will also be charged with the fee for the Product that was obtained improperly.

**LIMITATION OF LIABILITY**
YOU UNDERSTAND AND AGREE THAT CIC WILL NOT BE LIABLE TO YOU (OR ANY OF YOUR MINOR CHILDREN) FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR EXEMPLARY DAMAGES RESULTING FROM OR IN ANY WAY CONNECTED TO YOUR ACCESS TO, USE, OR INABILITY TO USE THE PRODUCTS, PRODUCT WEBSITES, CONTENT OR MEMBERSHIP BENEFITS, OR FROM YOUR ACCESS TO, USE OF, INABILITY TO USE, OR RELIANCE UPON ANY LINKED WEB SITE (IF APPLICABLE), EVEN IF CIC HAS BEEN ADVISED OF THE POSSIBILITY OF THOSE DAMAGES. SOME JURISDICTIONS EITHER DO NOT ALLOW OR PLACE RESTRICTIONS UPON THE EXCLUSION OR LIMITATION OF DAMAGES IN CERTAIN TYPES OF AGREEMENTS; FOR THESE JURISDICTIONS, THE AFOREMENTIONED LIMITATION ON LIABILITY SHALL BE TO THE MAXIMUM DEGREE PERMITTED BY APPLICABLE LAW. IF, NOTWITHSTANDING THE ABOVE, LIABILITY IS IMPOSED UPON CIC, THEN YOU AGREE THAT CIC'S TOTAL LIABILITY TO YOU (AND ANY OF YOUR MINOR CHILDREN) FOR ANY OR ALL OF YOUR LOSSES OR INJURIES (OR THOSE OF YOUR MINOR CHILDREN) FROM CIC'S ACTS OR OMISSIONS, REGARDLESS OF THE NATURE OF THE LEGAL OR EQUITABLE CLAIM, SHALL NOT EXCEED THE AMOUNT PAID BY YOU TO CIC FOR THE PRODUCT(S) YOU PURCHASE FROM CIC (EXCEPT TO THE EXTENT THAT AMOUNTS MAY BE RECOVERABLE IN ACCORDANCE WITH THE TERMS OF THE "Triple Advantage GUARANTEE" OR THE "CardSafe™ GUARANTEE" DESCRIBED WITHIN THESE TERMS AND CONDITIONS).

**NOT A CREDIT REPAIR ORGANIZATION OR CONTRACT**
CIC offers access to your credit report, your PLUS Score®, and other credit information. CIC and its affiliates are not credit repair organizations, and are not offering to sell, provide or perform any service to you for the express or implied purpose of either improving your credit record, credit history or credit rating or providing advice or assistance to you with regard to improving your credit record, credit history or credit rating. You acknowledge and agree that you are not seeking to purchase, use, or access any of the Products, Product Websites, and Content in order to do so.

Accurate adverse information on your credit report cannot be changed. If you believe that your credit report contains inaccurate, non-fraudulent information, it is your responsibility to contact the relevant credit reporting company, and follow the appropriate procedures for notifying the credit reporting company that you believe that your credit report contains an inaccuracy. Any information provided to you regarding the procedures followed by the various credit reporting companies related to the removal of inaccurate, non-fraudulent information is provided without charge to you and is available for free. Any such information is not included as part of your credit score monitoring product but is provided free of charge to all consumers, regardless of whether they are members of the credit score monitoring product.

**PLUS SCORE®**

Terms and Conditions | Free Credit Report    Page 3 of 8
Case 3:11-cv-00569-DMS-BLM   Document 1-8   Filed 03/22/11   Page 4 of 9

Products and credit resources on the Product Websites utilize the PLUS Score®. The PLUS Score®, developed by Experian, and the different risk levels presented by it, are for educational use only. The PLUS Score® is not currently sold to lenders, and is not an endorsement or guarantee of your credit worthiness as seen by lenders.

Please be aware that there are many scoring models used in the marketplace. Each scoring model may have its own set of factors and scale. The information and credit scoring model may be different than that used by a lender. The PLUS Score® may not be identical in every respect to any other credit score produced by another company or used by your lender. The PLUS Score® is not a so-called FICO score, and may differ for a variety of reasons.

Your PLUS Score® is calculated using your actual data from your credit file on the day that you request your report. Keep in mind, however, that other factors, such as length of employment and annual salary, are often taken into consideration by lenders when making decisions about you. How each lender weighs their chosen factors may vary, but the exact formula used to calculate your score is proprietary.

Also note that each bureau has its own set of data, resulting in a separate PLUS Score® for each of your credit files.

### REGISTERING FOR ANY PRODUCT
To request a credit report or score, or purchase any Product, you must have an address within the United States, provide a valid Social Security number, address, email address and date of birth and agree to be bound by these Terms and Conditions. In other limited circumstances, you may need to provide a valid telephone number so that CIC can process your order. You must provide valid credit card information. CIC will then evaluate your complete registration information.

In certain jurisdictions sales tax at state and local rates may apply, in which case you may be charged the applicable taxes in addition to the monthly fee and/or the price of the product.

### SPOUSE/ADULT CHILDREN NOT INCLUDED
CIC is not able to accept and process joint registration for two or more adults. Neither your spouse nor any other adult will be enrolled in any Product pursuant to your order.

### CREDIT MONITORING - ADDITIONAL TERMS AND CONDITIONS
(Applicable for the following products: Triple Advantage℠, TripleAlert℠, CreditCheck® Monitoring, Credit Manager℠, CreditCheck® Deluxe, CreditCheck® Premium, CreditCheck® Total and ChildSecure℠.)

Your membership in credit monitoring is effective for the period covered by your membership fee and continues upon your payment of the monthly/annual renewal fee. Renewal fees for your membership will automatically be charged, at the then current rate, to the credit card or other billing source authorized by you, on the first day of each successive membership term, until you cancel your membership. Should you choose to discontinue your membership for any reason before expiration of the then applicable membership term for which you have paid, you may cancel your membership and terminate further billing by calling the toll-free number listed on this Web Site, or by calling 1-888-829-6560. If you are an annual subscriber and choose to cancel within 180 days of when you were billed, you will be eligible to receive a prorated refund of your current year's membership fee. If you are a monthly subscriber and choose to cancel after your free trial ends, your membership and monthly billing will terminate at the end of your monthly billing term and you will not be eligible for a prorated refund of any portion of your paid monthly membership fee. CIC reserves the right to change the membership fee for any renewal term to be effective upon the renewal of your membership.

Please note, there are different processing times across the credit reporting companies, therefore you may not be enrolled in all of them at the same time. Monitoring with Experian begins within 48 hours of enrollment in your free trial. Monitoring with Equifax and TransUnion takes approximately 4 days to begin, though in some cases cannot be initiated during the trial period (if a trial period applies). CIC does not control and is not responsible for the enrollment process.

When you order a single bureau credit monitoring product from CIC, CIC requests that Experian enroll you in its credit monitoring program. When you order a credit monitoring product from CIC that monitors credit files at three credit bureaus, CIC requests that Experian, Equifax and TransUnion enroll you in their credit monitoring programs.

Your order of any single bureau credit monitoring product is conditioned upon successful enrollment by Experian in its credit monitoring program; if Experian is not able to enroll you, your order will be cancelled and you will not receive alerts or monitoring of changes to your Experian credit file.

Your order of any tri-bureau credit monitoring product (monitoring credit files at three credit bureaus) is conditioned upon successful enrollment by at least one credit bureau in its credit monitoring program. If no credit bureau is able to enroll you in its credit monitoring program, your order will be cancelled, and you will not receive alerts or monitoring of changes to any of your credit files. In the event that one or two credit bureaus, but not all three credit bureaus, is able to enroll you in their credit monitoring, credit monitoring will be provided by the bureau or bureaus that were able to enroll you; you will not receive alerts or monitoring of changes to the credit files of the bureau or bureaus that were not able to enroll you in their credit monitoring program.

By placing your order, you agree that, in the event that fewer than all three credit bureaus enroll you in their credit monitoring, CIC is authorized to monitor only the credit files at the bureau or bureaus that enrolled you. Any such credit monitoring will be provided at the price agreed upon; you will not be eligible for a price reduction, discount or refund. CIC will notify you in the event that fewer than all three credit bureaus enroll you in credit monitoring, but such notification may not occur during your trial period.

**Credit Monitoring Membership With Free Trial:** You will be asked for valid credit card information when you sign up for the free credit monitoring trial. CIC will verify your credit card information before processing your order. **An authorization in the amount of one dollar will be performed on your credit card, to make sure it is valid and in good standing, but CIC will not actually bill your card until the free trial period has passed. However, the one dollar authorization may count against your credit or debit limit.** Because monitoring with Experian may take 48 hours to begin, we will start your 7-day free trial 48 hours after you enroll. Therefore, you may cancel your trial membership without charge at any time within 9 days of placing your order. **If you do not cancel your free trial membership within 9 days of the date you placed your order, your membership will continue automatically and the monthly/annual fee will be billed to the credit card or other billing source provided by you when you enrolled in credit monitoring, on the first day of each successive membership term.** If you purchase additional credit reports and/or scores during your trial period, they will be billed to the credit or debit card provided to us during enrollment. In the event that you purchase additional products from CIC using a different credit or debit card, or if you update your payment information with CIC, CIC will charge the latest card provided by you. Please note, if you have ever been a member and received a free trial, CIC may refuse to give you another free trial offer. Returning members will be billed the membership fee immediately upon renewal. During your trial period, you are eligible for one free report and/or score as dictated by your specific membership terms.

Credit Monitoring Membership Without Trial: The monthly/annual fee for a credit monitoring membership without a trial period will be billed immediately to the credit card or other billing source authorized by you.

Credit Monitoring Membership for a Pre-Defined Term: If you have agreed to a promotional offer for credit monitoring for a pre-defined term, your credit card or other authorized billing source will be billed the promotional membership fee immediately. Your credit monitoring membership will continue for the pre-defined term and membership benefits will expire at the end of this term. If you choose to cancel your monitoring membership during the pre-defined term, you will not be entitled to a refund, prorated or otherwise of the promotional membership fee.

## CHILDSECURE℠ - ADDITIONAL TERMS AND CONDITIONS

### Enrollment in CHILDSECURE

Your order of ChildSecure is conditioned upon your order of Triple Advantage℠ and your successful enrollment by at least one credit bureau in its credit monitoring program. If no credit bureau is able to enroll you in its credit monitoring program, your entire order - including any pending orders of ChildSecure to monitor the identities of minor children - will be cancelled and you will not receive alerts or monitoring of changes to your credit files nor alerts or monitoring regarding the identities of your enrolled minor children.

If you are successfully enrolled in ChildSecure, credit monitoring alerts will be delivered to the email address or the mailing address that was given to CIC when you enrolled. It is your responsibility to update your address if it should change.

### CHILDSECURE - Billing and Refunds

Your membership in ChildSecure℠ is effective for the period covered by your membership fee and continues upon your payment of the monthly/annual renewal fee. Renewal fees for your membership will automatically be charged, at the then current rate, to the credit card or other billing source authorized by you, on the first day of each successive membership term, until you cancel your membership. Should you choose to discontinue your membership for any reason before expiration of the then applicable membership term for which you have paid, you may cancel your membership and terminate further billing by calling the toll-free number listed on this Web Site, or by calling 1-888-829-6560.

If you upgrade to ChildSecure during the free trial period for Triple Advantage℠ you will not be charged for ChildSecure until the expiration of your trial. If you cancel ChildSecure during your trial period for Triple Advantage℠, you will not be charged for that product. If you upgrade to ChildSecure after the end of your free trial period in Triple Advantage℠ and subsequently cancel, your membership and monthly billing will terminate at the end of your monthly billing term and you will not be eligible for a prorated refund of any portion of your paid monthly membership fee. CIC reserves the right to change the membership fee for any renewal term to be effective upon the renewal of your membership. CIC is not responsible for any overdraft/over-the-limit charges or bank fees if your account contains insufficient funds when your order is processed and billed. We recommend using a credit card rather than a debit card. Canceling too close to end of trial or renewal date may cause a processing delay and a charge to your account. If you are eligible for a refund, refunds can take seven (7) to ten (10) business days to be processed.

### CHILDSECURE - Monitoring For Children

The monitoring that will be performed regarding minor children enrolled in ChildSecure is different than the monitoring for persons over age 18. On a monthly basis, CIC will request an Experian credit report for each enrolled child, and will review that report for any material data (that is, any other data other than personal information such as name, address and Social Security number) that has been returned. If material data exists, CIC will notify you via email alert process within 24 hours of the report being returned to CIC. In the event that material data is found, you agree to provide any documentation that may be requested by CIC, including, but not limited to, a copy of the child's Social Security card, a copy of the child's birth certificate, proof of your identification, and proof of your residence, in order to verify your status as a parent or guardian of the enrolled child, before any information about the material data will be released to you.

### Enrollment of Minor Children in CHILDSECURE

You may enroll up to five (5) minor children for whom you are the parent or guardian through the on-line process. You may enroll additional minor children for whom you are the parent or guardian by contacting customer care at the number published on the Product Website, and providing the requested information and/or documentation including, but not limited to, a valid Social Security number and date of birth for each minor child. In certain circumstances, you may not be permitted to enroll children on-line. In such circumstances, you may enroll children by contacting customer care and following the procedures specified in this paragraph. Children that have reached the age of 17 years and 9 months are not eligible to be enrolled in ChildSecure.

### Certification as Parent or Guardian of Children Enrolled in CHILDSECURE

CIC will provide information about a child under 18 years of age only to the child's parent or guardian and only for use to protect the child against fraud, such as the fraudulent opening of credit accounts in your child's name. You certify that you are the parent or guardian of each child whom you have named, or will name, on the enrollment forms for ChildSecure, and that you understand and agree that enrollment may require CIC to obtain information about those children from a credit reporting company, and that any information about those children that you obtain from CIC will be used solely for the purpose of protecting against or preventing actual or potential fraud with respect the children whom you are enrolling or have enrolled in ChildSecure.

### Automatic Disenrollment of Children From CHILDSECURE Prior to 18th Birthday

Minor children enrolled by you in ChildSecure will be automatically unenrolled within seven (7) days before their eighteenth (18th) birthday, based on the date of birth information provided by you in the enrollment process. After that time period, you will not receive monitoring of any sort regarding that child.

### Credit Reports and Credit Scores - additional terms and conditions

(Applicable for the following Products: 3 Bureau Credit Report, Instant Single Credit Report, PLUS Score®, Statutory PLUS Score, Free Experian Credit Report, and VantageScore℠)

When you use any Product, Product Website and/or Content to access your personal credit report and/or credit score, you are certifying that you understand and agree to the following:

- You may access your credit report and/or score for 30 days from the date you place your order.
- If you were billed for an order placed for one of our Products, refunds will not be issued once we have successfully located and delivered the Product(s) to you.
- If you have questions regarding your credit report or would like to dispute information, you may request an investigation by contacting the credit reporting company that supplied the information, as indicated in your credit report.
- For online customers, if you are inactive (have not clicked on an item or refreshed the page) for a period of 20 minutes or more when reviewing your credit report and/or credit score online, your session will conclude and you will be logged out for your protection.

Disclaimers: You acknowledge that the information provided to you through the PLUS Score® and Vantage Score products, including the score factors derived from the elements in your credit history, may change over time as your credit history changes. You also acknowledge that the score factor information on how to manage your credit position assumes there will be no adverse changes in your credit performance. CIC is not responsible for the accuracy or contents of your credit file, including but not limited to information delivered in the credit report and/or score products. Please note that pursuant to section 609f of the FCRA, consumers can obtain their credit score at any time for a statutorily set fee. All of the forgoing terms apply to your Statutory PLUS Score except the 30-day availability. Your Statutory PLUS Score will NOT be available after your initial session has concluded.

### Free Experian Credit Report (without credit score)

The Free Experian Credit Report is offered on the Product Website www.freecreditreport.com. Upon receiving your request, and after verifying your identity, we will notify you via email within twenty-four (24) hours when your free report is available. Your free credit report will not include a credit score and this offer does not include any other benefits of a paid product membership. Credit card information will be required from you in order to process your request and establish your account; however, your credit card will not be charged for ordering your Free Experian Credit Report. At the time you place your request for your Free Experian Credit Report, you will have the option to add a score to your order. If you choose to do so, you will enroll in a trial of our Triple Advantage® Credit Monitoring membership. When you request your Free Experian Credit Report, you are NOT required to add a score and thereby enroll in Triple Advantage Credit Monitoring. ConsumerInfo.com, Inc. and Freecreditreport.com are not affiliated with the annual free credit

report program. Under Federal law, you have the right to receive a free copy of your credit report once every 12 months from each of the three nationwide consumer reporting agencies. To request your free annual report under that law, you must go to www.annualcreditreport.com.

## FRAUD RESOLUTION - ADDITIONAL TERMS AND CONDITIONS
(Applicable for the following products: Triple Advantage℠, TripleAlert℠, CreditCheck® Deluxe, CreditCheck® Premium, CreditCheck® Total and ChildSecure℠.)

Obtaining Assistance: There are certain steps that you MUST FOLLOW in order to obtain assistance from a fraud resolution representative ("Assistance"). These steps include contacting a Customer Service Representative by calling the number listed in the My Credit Center area on this Web Site, or for offline customers, by calling 1-877-481-6826. Additional information about requesting Assistance can also be found in the My Credit Center area.

If you are a victim of identity theft, which is hereby defined as the act of knowingly transferring or using, without lawful authority, a means of identification with the intent to commit, or to aid or abet, any unlawful activity that constitutes a violation of federal law or a felony under applicable state or local law ("Identity Theft"), and you incur problems or suffer damages, you should call the number listed in the My Credit Center area on this Web Site, or call 1-877-300-2512 and make a request for Assistance. Upon acceptance of your request, a CIC fraud resolution representative will contact you. If you contact CIC regarding fraud resolution, you are agreeing to permit CIC to order a copy of your credit report for any purpose relating to your request for assistance.

If you are requesting fraud resolution regarding an enrolled child, you will be required to re-certify your status as parent or guardian, and provide documents requested by CIC to verify your status as parent or guardian, including, but not limited to, the child's Social Security card and birth certificate, valid proof of your identification, and proof of your residence.

DISCLAIMERS: THE FRAUD RESOLUTION BENEFIT IS DESIGNED TO HELP YOU PROTECT YOURSELF FROM IDENTITY THEFT VULNERABILITIES. THE PRODUCT IS PROVIDED IN ADDITION TO ANY PRECAUTIONS YOU SHOULD REASONABLY BE EXPECTED TO TAKE, INCLUDING PROTECTING YOUR ACCOUNT NAMES, PASSWORDS, SOCIAL SECURITY NUMBER AND OTHER PERSONALLY IDENTIFYING INFORMATION. CIC'S FRAUD RESOLUTION ASSISTANCE DOES NOT CONSTITUTE A POLICY OR CONTRACT OF INSURANCE. CIC DOES NOT GUARANTEE THE ACCURACY OF LIEN, JUDGMENT, INVESTMENT, OR CRIMINAL SEARCHES IT MAY PERFORM ON YOUR BEHALF.

CIC is not obligated or responsible for providing Assistance for any request based on (a) an act of fraud, deceit, collusion, dishonesty or criminal act by you or any person acting in concert with you, or by any authorized representative of you, whether acting alone or in collusion with you or others, (b) authorized charges that you have disputed based on the quality of goods or services, (c) authorized account transactions or trades that you have disputed, or are disputing, based on the execution (or non-execution) of electronic transfers, trades or other verbal or written instructions or directions, (d) losses, damages or expenses arising out of any business pursuits, (e) losses, damages or expenses that were incurred or commenced prior to the membership, or (f) theft or damages of traveler's checks, tickets of any kind, negotiable instruments, cash or its equivalent, circulating currency, passports, documents, real property, animals, living plants or consumable items, motorized vehicles of any type, watercraft, aircraft, and items intended for storage, transport, display or habitation.

Reservation of Rights: CIC, including its agents, independent contractors, assigns or other expressly authorized third party, reserves the right to make an independent investigation of the facts and circumstances related to any Assistance request, including making contact by telephone, email, US Postal Service or otherwise, any service provider or related party it deems necessary, at its sole and absolute discretion and expense, regardless of whether you provide express authorization to make such contact for purposes of verifying and assisting you with your Assistance request.

CIC reserves the right to request that you provide corroborating evidence of the unauthorized transaction, Identity Theft or other facts related to your Assistance request, including a signed affidavit, law enforcement or governmental agency reports, receipts of expenses, insurance declaration forms, or any other corroborating evidence that we may deem necessary and reasonable. Further, CIC reserves the right to refuse any Assistance request or provide any Assistance in the event you fail or refuse to provide us with any requested corroborating evidence related to the Identity Theft.

CIC reserves the right not to provide you with any Assistance or discontinue your membership in the event CIC determines that you knew, or should reasonably have known, of an act of Identity Theft that commenced prior to the membership. If at any time you cancel your membership, CIC is no longer obligated to provide any additional fraud resolution assistance.

### $50,000 Triple Advantage Product Guarantee

If you (hereinafter "you") or your enrolled children (where applicable) become a victim of Identity Theft (as defined below) due to a failure of the Triple Advantage product to provide the services identified below, Consumerinfo.com, Inc. (hereinafter "we", "our" or "us") will reimburse you for certain Identity Theft Expenses (as described in Section 3, below) subject to the terms and conditions of this Guarantee. For purposes of this Guarantee, "Identity Theft" means that your name, address, Social Security number, credit card account number, or other personal identifying information was used without your knowledge or approval to commit fraud or other crimes. The maximum amount that we will pay you is $50,000 for Identity Theft Expenses as a direct result of an Identity Theft.

1. **GUARANTEE PERIOD:** Under the $50,000 Triple Advantage Product Guarantee, we will reimburse you solely for Identity Theft Expenses you incur as a direct result of an Identity Theft that occurs while you are actively enrolled in and using the above listed product and are a member in good standing ("Guarantee Period").

2. **WHAT YOU MUST DO:** During the Guarantee Period, you must take an active role in protecting yourself against Identity Theft by using Triple Advantage as described below. To be eligible to seek and retain reimbursement under this Guarantee, you must do the following:

   a. You have an obligation to review your credit report and any email or other notification we may send you and if, upon your review, you observe suspicious activity (including, but not limited to credit cards or loans you did not apply for, credit inquiries you did not authorize, etc.) and/or suspect an Identity Theft, you must:

      i. File a police report with the relevant police authority within the earlier of thirty (30) days from (i) the date you received such email or other notification from us or (ii) the date that you first had knowledge of an Identity Theft;

      ii. Report the suspected Identity Theft to our Fraud Resolution Department within the earlier of thirty (30) days from (i) the date you received such email or other notification from us or (ii) the date that you first had knowledge of an Identity Theft. You can contact our Fraud Resolution Department Monday-Friday, 6:00 a.m. to 6:00 p.m., Pacific Time at 1-877-481-6826;

      iii. Place a fraud alert with Experian, Equifax and TransUnion within thirty (30) days from the date you had knowledge of an Identity Theft (to learn more about fraud alerts or to place a fraud alert on your Experian credit report go to www.experian.com/fraud);

      iv. Work directly with our Fraud Resolution Department to mitigate your liability and/or pursue all sources of potential reimbursement and submit all documentation, if any, relating to the mitigation of liability and/or resolution of any requests for reimbursement from all sources, and/or assign your right to us to seek and recover funds reimbursable under this Guarantee, and reimburse us in the event you obtain recovery of any amounts paid by us hereunder. For example, if we pay a direct expense under this Guarantee to you or on your behalf and you later recover the amount paid to you or on your behalf, then we are entitled to receive, retain or recover the amount paid to you or on your behalf. You must provide all reasonable and necessary assistance to us in our recovery and reimbursement efforts; and

      v. You agree to pay and/or reimburse us for any amount paid to you or on your behalf under this Guarantee due to your misrepresentation, as defined in Section 4, below, in connection with an Identity Theft.

3. **WHAT WE WILL DO:** Under the $50,000 Triple Advantage Product Guarantee, we will reimburse you solely for the following Identity Theft Expenses incurred as

a direct result of an Identity Theft that occurs during the Guarantee Period while you are using Triple Advantage as described above:

   a. **Stolen Funds:** Funds directly stolen from you or charges that you are liable for, in each case, that are related to any credit account that is reported (or should have been reported) on any of your Experian, Equifax, or TransUnion credit reports that are provided with the product you receive from us, provided that you assign any rights you might have to us for recovery or reimbursement as further provided below;
   b. **Legal Expenses:** Reasonable and necessary attorney fees or court costs associated with defending any suit brought against you by merchants, financial institutions or other credit grantors or their collection agencies that relate to credit accounts that were wrongfully opened in your name as a result of Identity Theft, or the removal of any criminal or civil judgment wrongly entered against you that relates to a suit brought against you by a credit grantor based on an account wrongfully opened in your name as a result of Identity Theft. You must obtain our advance written consent to your choice of any attorney and/or legal counsel, and we reserve the right to select such attorney and legal counsel. You must forward all attorney invoices to us on a current basis;
   c. **Lost Wages:** Actual United States wages or salary you lose as a direct result of time off work taken by you to report and/or resolve an Identity Theft;
   d. **Miscellaneous:** Loan application fees, long distance telephone costs, mailing and postage costs, costs of having affidavits or other documents notarized that relate to you reporting and/or resolving an Identity Theft; and
   e. **Private Investigators:** Any fees or costs associated with the use of any investigative agencies or private investigators that are necessary for reporting, resolving or recouping losses incurred as a result of an Identity Theft. You must obtain our advance written consent to engage a private investigator, and we reserve the right to select such private investigator in our reasonable discretion. You must forward all private investigator invoices to us on a current basis.

   (collectively, "Identity Theft Expenses").

4. **WHAT WE WILL NOT DO:** We will NOT reimburse you for any expenses, damages or losses that are not expressly described in Section 3 above, including without limitation the following types of expenses, damages or losses you incur in connection with an Identity Theft:

   a. Any expense, damage or loss due to any act of theft, deceit, collusion, dishonesty or criminal act by you or any person acting in concert with you, or by any of your authorized representatives, whether acting alone or in collusion with you or others (collectively, your "Misrepresentation") and you expressly agree to reimburse us for any expense, damage or loss due to your Misrepresentation;
   b. Any expense, damage or loss arising from the theft or unauthorized or illegal use of your business name, "d/b/a," or any other method of identifying your business activity;
   c. Any expense, damage or loss due to bodily injury, sickness, emotional distress or breakdown or any other medical condition, including without limitation, lost wages or salary;
   d. Any expense, damage or loss due to the termination of your employment or separation from your employment, whether temporary or permanent, for any reason;
   e. Any expense, damage or loss of any type for which a credit card company, credit card processor, bank, creditor, insurer or other third party is legally liable; excluding any company or agency contracting with us to provide products in connection with a data loss;
   f. Any expense, damage or loss that relates to any account that is NOT reported on any of your Experian, Equifax, or TransUnion credit reports that are provided with the product you receive from us, unless such account should have been reported on any such credit report.
   g. Any expense, damage or loss incurred by you from an Identity Theft that did not occur during the Guarantee Period; and
   h. Any expense, damage or loss in connection with an Identity Theft if you fail to comply with all obligations, requirements, terms and conditions of Section 2 entitled "What You Must Do."

5. **HOW TO REQUEST REIMBURSEMENT:** To request reimbursement under the $50,000 Triple AdvantageProduct Guarantee, you must contact our Fraud Resolution Department Monday-Friday, 6:00 a.m. to 6:00 p.m., Pacific Time at 1-877-481-6826 to obtain an Identity Theft Expense Reimbursement Request Form. To receive reimbursement, you must submit the following documentation to one of our Fraud Resolution Representatives, in accordance with the requirements described in Section 2 above: (a) a completed and signed Identity Theft Expense Reimbursement Request Form; (b) proof that a fraud alert was placed with either Experian, Equifax or TransUnion; (c) if applicable, a copy of any settlement agreement reached by each party (creditors, collection agency, banks, etc.) involved with an Identity Theft; (d) a copy of a police report from your local jurisdiction and provide proof that such police report was filed; (e) copies of all receipts, bills, pay stubs, court documents and other records that support the Identity Theft Expenses incurred by you.

6. **OUR RIGHT TO TERMINATE $50,000 TRIPLE ADVANTAGE PRODUCT GUARANTEE:** We expressly reserve the right to change the terms of, terminate and discontinue offering the $50,000 Triple Advantage Product Guarantee at any time in our sole and complete discretion. We will continue to honor the $50,000 Triple Advantage Product Guarantee for an Identity Theft that occurred prior to any termination of the $50,000 Triple Advantage Product Guarantee.

7. **THE PRODUCT PROVIDES THE FOLLOWING SERVICES:**

   - Where indicated in the product literature as a product benefit, we will deliver one or more consumer credit reports from any of Experian, TransUnion and Equifax;
   - Deliver daily consumer credit monitoring from Experian, TransUnion and Equifax showing:
     - New accounts;
     - Public records;
     - Address changes;
     - Potentially negative information; and
     - New inquiries;
   - Where indicated in the product literature as a product benefit, we will deliver a consumer credit score (i.e., the PLUS Score);
   - Where indicated in the product literature as a product benefit, calculate and track the customer's credit score based on the consumer's Experian credit report, and, where indicated in the product literature, three scores based on the consumer's Experian, TransUnion and Equifax credit reports;
   - Deliver consumer assistance in cases of real and/or suspected Identity theft, such as:
     - Canceling credit cards and debit cards; or assisting the member in canceling credit cards and debit cards;
     - Guiding the member in the submission of a police report;
     - Assisting the member in notifying financial institutions that provide credit and preventing member liability for unauthorized charges or losses from credit accounts that are or should have been included on the consumers credit report(s); and
     - Providing information to help the member to contact the credit bureaus to place a fraud alert on their credit file; and
   - Deliver information for members to help them minimize the risk of identity theft and to prepare them to respond in the event that it should happen to them.

THE $50,000 TRIPLE ADVANTAGE PRODUCT GUARANTEE IS NOT OFFERED, APPLICABLE OR AVAILABLE TO RESIDENTS OF THE STATE OF NEW YORK.

**CardSafe™ - ADDITIONAL TERMS AND CONDITIONS**

Case 3:11-cv-00569-DMS-BLM   Document 1-8   Filed 03/22/11   Page 8 of 9

**Enrollment in CardSafe™**
To enroll in CardSafe™, request a credit report or score, or purchase any Product, you must have an address within the United States, provide a valid Social Security number, address, email address, and date of birth and agree to be bound by these Terms and Conditions. In other limited circumstances, you may need to provide a valid telephone number so that CIC can process your order. You must provide valid credit card information. CIC will then evaluate your complete registration information.

**CardSafe™ - Billing, Refunds and Termination of Membership**
The annual membership fee will be billed immediately to the credit card or other billing source authorized by you. Your membership is effective for the period covered by your membership fee and continues upon your payment of the annual renewal fee. Renewal fees for your membership will automatically be charged, at the then current rate, to the credit card or other billing source authorized by you, until you cancel your membership. Should you choose to discontinue your membership for any reason before expiration of the then applicable membership term for which you have paid, you may cancel your membership and terminate any further billing by calling the toll-free number listed on this Web Site, or by calling 1-866-227-3718. However, you will not be eligible for any refund of your membership fees, prorated or otherwise.

**CardSafe™ - Additional Card Holders**
Neither your spouse nor any other adult will be enrolled in CardSafe pursuant to your order. When you enroll in the CardSafe product, only your personal cards (i.e., only those cards in your name) can be registered with us

**CardSafe™ - Loss & Theft Events**
YOU agree not to report as lost or stolen any Card which you do not have good reason to believe is, in fact, lost or stolen.

At the time you report a lost or stolen event, CIC will retrieve your 3-bureau credit report from the three national credit reporting companies in order to provide the Product to you. In order to identify your credit accounts, notify your card issuers and request cancellation of your lost or stolen cards, you authorize CIC to retrieve your account information from your 3-Bureau credit report and to use the personal debit and/or ATM information that you may have entered on our Website to do the following: (1) Contact your Card Issuers (for each credit, debit, ATM or charge card designated by you) to report the lost or stolen event and (2) to disclose your personally identifiable information to your Cards Issuers to assist with the cancellation of lost or stolen cards on your behalf. At the time of the lost or stolen event, CIC may require you to confirm or restate the foregoing authorizations.

Your credit information may be provided by a third-party credit reporting company and CIC is not responsible for the information contained within those reports. Your Card Issuers may require additional evidence of the lost or stolen event, including written confirmation by you or a police report. CIC is only able to take the actions permitted and processed by your Card Issuer. CIC is not responsible for any failure by any Card Issuer to take the action requested on your behalf, or any other action taken or condition imposed by your Card Issuer. CIC will not request that Card Issuers issue replacement cards in your name.

**CardSafe™ GUARANTEE Overview**
If CardSafe™ does not perform as guaranteed, we will reimburse you for unauthorized charges that are made to your Credit, Debit or ATM card(s) after you have reported to us that your card(s) are lost or stolen and for which you become personally liable, subject to the terms of the CardSafe Guarantee. You simply need to call our Fraud Resolution Representatives when you first learn that your card(s) are lost or stolen and then you can rest assured that your card issuer(s) will be notified. If you are held personally liable for unauthorized charges that occur after you report your lost or stolen cards to us, then we will reimburse you for those charges.

**TERMS OF CardSafe™ GUARANTEE**

If you (hereinafter "you") become liable for unauthorized charges as a result of a lost or stolen Credit, Debit or ATM card due to a failure of CardSafe to provide the services identified below, ConsumerInfo.com, Inc. (hereinafter "we", "our" or "us") will reimburse you for such unauthorized charges subject to the terms and conditions of this Guarantee.

1. **GUARANTEE PERIOD:** In accordance with the terms of this CardSafe Guarantee, we will reimburse you for unauthorized charges that were incurred as a direct result of lost or stolen Credit, Debit or ATM cards that were reported lost or stolen to us while you are actively enrolled in CardSafe and are a member in good standing ("Guarantee Period").

2. **WHAT WE WILL DO:** We will reimburse you for unauthorized charges that you incur as a direct result of lost or stolen Credit, Debit or ATM cards that meet all of the following three requirements: 1) lost or stolen Credit, Debit or ATM card(s) that you have reported to us during the Guarantee Period; 2) such unauthorized charges occurred during the Guarantee Period; 3) your card issuer(s) is holding you personally liable for such unauthorized charges and your card issuer(s) is not legally liable for such unauthorized charges.

3. **WHAT WE WILL NOT DO:** We will NOT reimburse you for any expenses, damages or losses that are not expressly described in Section 2 above, including without limitation the following types of expenses, damages or losses you may incur in connection with lost or stolen Credit, Debit or ATM cards:

    a. Any unauthorized charges related to lost or stolen Credit, Debit or ATM cards that occurred outside the Guarantee Period;
    b. Any unauthorized charges due to any act of theft, deceit, collusion, dishonesty or criminal act by you or any person acting in concert with you, or by any of your authorized representatives, whether acting alone or in collusion with you or others (collectively, your "Misrepresentation") and you expressly agree to reimburse us for any expense, damage or loss due to your Misrepresentation as further provided in Section 4(c) below;
    c. Any unauthorized charges for which a Credit, Debit or ATM card issuer is legally liable;
    d. Any unauthorized charges that did not occur during the Guarantee Period; and
    e. Any expense, damage or loss incurred in connection with unauthorized charges if you fail to comply with all obligations, requirements, terms and conditions of Section 4 entitled "What You Must Do."

4. **WHAT YOU MUST DO:** To be eligible to seek and retain reimbursement under this CardSafe Guarantee, you must do the following:

    a. Be an actively enrolled as a member in CardSafe at the time you reported your cards lost or stolen to us;
    b. Contact our Fraud Resolution Department at 1-866-227-3718 within 2 days of becoming aware that a Credit, Debit or ATM card has been lost or stolen;
    c. Provide our Fraud Resolution Representatives with proof of the unauthorized charges and a statement from your Credit, Debit or ATM card issuer showing the date and time the unauthorized charges occurred and amount for which you are being held personally liable. You agree to assign your right to us to seek and recover unauthorized charges reimbursed under this Guarantee, and you agree to reimburse us in the event you obtain recovery of any amounts paid by us hereunder. For example, if we reimburse you for unauthorized charges under this Guarantee and you later recover the amount paid to you, then we are entitled to receive, retain or recover the amount paid to you. You will provide all reasonable and necessary assistance to us in our recovery and reimbursement efforts; and
    d. You agree to pay and/or reimburse us for any amount paid to you or on your behalf under this Guarantee due to your Misrepresentation in connection with any unauthorized charges as described in Section 3(b).

5. **HOW TO REQUEST REIMBURSEMENT:** To request reimbursement under the CardSafe Guarantee, you must contact our Fraud Resolution Department Toll Free at 1-866-227-3718 or International Collect at 1-479-573-7316 to obtain an Unauthorized Charges Reimbursement Request Form. To receive reimbursement, you must submit the following documentation to one of our Fraud Resolution Representatives: (a) a completed and signed Unauthorized Charges Reimbursement Request Form; and (b) proof that your Credit, Debit or ATM card issuer is holding you personally liable for unauthorized charges made to your card.

6. **OUR RIGHT TO TERMINATE THE CardSafe™ GUARANTEE:** We expressly reserve the right to terminate and discontinue offering the CardSafe Guarantee at any time in our sole and complete discretion. If we terminate the CardSafe Guarantee, then we will notify you in writing. We will continue to honor the CardSafe Guarantee for reimbursement of unauthorized charges that you incur as a direct result of lost or stolen Credit, Debit or ATM cards that you reported to us during the Guarantee Period and for which you are personally held liable and your card issuer(s) is not legally liable for such unauthorized charges.
7. **THE CardSafe PRODUCT PROVIDES THE FOLLOWING SERVICES:** When an eligible Credit, Debit or ATM card has been lost or stolen and you have complied with the requirements in section 4) above, ConsumerInfo.com, Inc. will do the following:
   - Notify Credit, Debit and ATM card issuers when such eligible card(s) has/have been lost or stolen;
   - Cancel eligible Credit, Debit or ATM card(s) that have been lost or stolen, or assist the member in canceling such card(s) with their respective issuers;
   - Work with issuers of Credit, Debit and ATM card(s) that have been lost or stolen, or assist the member in working with issuers of Credit, Debit or ATM card(s) that have been lost or stolen to eliminate any liability to you for any unauthorized charges that are incurred on any Credit, Debit or ATM card during the Guarantee Period.

**THE CardSafe™ GUARANTEE IS NOT OFFERED, APPLICABLE OR AVAILABLE TO RESIDENTS OF THE STATE OF NEW YORK.**

**TRADEMARKS**
You acknowledge and agree that ChildSecure℠, CIC's name, the CIC Logo, Page Headers and other freecreditreport.com terms, phrases, graphics, logos, and icons are common law or registered trademarks, service marks, and/or trade dress of CIC (collectively "Marks"). You agree you will not use any such Content or Marks for any purpose without the appropriate prior written authorization. CIC Marks may not be used in connection with any product or service that is not CIC's, in any manner that is likely to cause confusion among customers, or in any manner that disparages or discredits CIC. All other trademarks, product names, or logos not owned by CIC that appear on this Product Website are the property of their respective owners.

**COPYRIGHTS**
All Content included on this Product Website, such as text, graphics, logos, button items, icons, images, data compilation, is the property of CIC or its suppliers and is protected by United States and international copyrights laws. All software used on this site is the property of CIC or its software suppliers and is protected by United States and international copyright laws Reproduction of such content, in whole or in part, is prohibited without prior consent.

**PATENTS**
Certain aspects of this website as well as features and services accessible from this website may be covered by one or more of the following: U.S. Patent Nos: U.S. Patent No. 6,321,339; U.S. Patent No. 6,282,658; U.S. Patent No. 6,263,447; U.S. Patent No. 6,496,936; U.S. Patent 7,234,156; and U.S. Patent 6,857,073.

**ENTIRE AGREEMENT**
These Terms and Conditions, the Privacy Policy, and other policies CIC may post constitute the entire Agreement between CIC and you in connection with your use of the Product Websites (if applicable), the Products, and the Content, and supersede any prior versions of the Terms and Conditions, if applicable. CIC may update these Terms and Conditions from time to time by posting revised Terms and Conditions on the Product Websites, or by mailing an updated copy to the most recent address you have provided to CIC, without notice to you, and your subsequent use of the Products, Product Web Sites, and/or Content is governed by those new Terms and Conditions. The Terms and Conditions are effective until terminated by CIC. In the event of termination, the Intellectual Property, Disclaimers, and Limitations of Liability provisions set forth in these Terms and Conditions will survive. In the event of a conflict between any other notice, policy, disclaimer or other term contained in the Product Websites or otherwise, these Terms and Conditions will control. If any provision is deemed to be unlawful or unenforceable, it will not affect the validity and enforceability of the remaining provisions. The section headings are for convenience only and do not have any force or effect.

Version 1.0