```
 1  Vincent J. Esades
    vesades@heinsmills.com
 2  David Woodward (State Bar No. 68073)
    dwoodward@heinsmills.com
 3  Renae D. Steiner
    rsteiner@heinsmills.com
 4  HEINS MILLS & OLSON, P.L.C.
    310 Clifton Avenue
 5  Minneapolis, MN  55403
    Telephone:   (612) 338-4605
 6  Facsimile:   (612) 338-4692

 7  Jason S. Hartley (State Bar No. 192514)
    STUEVE SIEGEL HANSON, LLP
 8  550 West C Street, Suite 610
    San Diego, CA 92101
 9  Telephone:   (619) 400-5822
10  Facsimile:   (619) 400-5832

11  Attorneys for Individual and Representative Plaintiffs
    Steven Grosz
```

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WARING, individually, and on behalf of all others similarly situated, | Case No. '11CV0569 DMS BLM |
| Plaintiffs, | |
| v. | **AFFIDAVIT OF PROPER VENUE** |
| CONSUMERINFO.COM, INC., | |
| Defendant. | |

I, Jason S. Hartley, being first duly sworn, depose and state the following:

1. I serve as co-counsel for the proposed Class in this action alleging that Defendant Consumerinfo.com, Inc., violates the California Consumers Legal Remedies Act, Cal. Civ. Code § 1770(a)(5), (7) and (9), California's False Advertising law, Bus. & Prof. Code § 17500 *et seq.*, and California's Unfair Competition Law, Bus. & Prof. Code § 17200 *et seq.*, by misrepresenting and failing to disclose material facts concerning Defendant's advertised credit scores.

2. Pursuant to Cal. Civ. Code § 1780(d), this action has been commenced in a county that is

a proper place for trial of the action in that Defendant is doing business in the Southern District of California, including San Diego County, and the Southern District of California, including San Diego County, is where Defendant's advertising has been disseminated and where transactions forming the basis of the complaint and Defendant's acts and practices have occurred.

3. Defendant is a California Corporation with its headquarters and principal place of business located at 475 Anton Boulevard, Costa Mesa, California 92626.

4. Defendant advertises, offers and sells to consumers located in California and throughout the United States, including in the Southern District of California and San Diego County, what Defendant allegedly misrepresents as a credit score.

5. Defendant makes the misrepresentations and omissions of material fact, as alleged in Plaintiff's Class Action Complaint, the contents of which are incorporated herein by reference, to consumers residing in the Southern District of California, including San Diego County, via Defendant's Internet sites, including www.freecreditreport.com, www.freecreditscore.com and www.consumerinfo.com.

6. Certain members of the proposed Class reside in, and have accessed Defendant's above Internet sites and purchased Defendant's advertised credit scores from within the Southern District of California, including San Diego County, at one or more of Defendant's above Internet sites.

7. Defendant has committed the acts complained of by Plaintiff in California, including in the Southern District of California and San Diego County.

8. Venue is therefore proper in this judicial district, including San Diego County, pursuant to Cal. Civ. Code § 1780(d), because Defendant has transacted and is doing business in this district and has committed acts complained of in this district.

Dated: 3-21-11

*[signature]*

Jason S. Hartley (State Bar No. 192514)
STUEVE SIEGEL HANSON, LLP
550 West C Street, Suite 610
San Diego, CA 92101
Telephone:    (619) 400-5822
Facsimile:    (619) 400-5832

Subscribed and sworn to before my this ___ day of March, 2011.

_____
Notary Public

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _SAN DIEGO_

On _3/21/11_ before me, _R. E. BARAN_,
   Date                                    Here Insert Name and Title of the Officer

personally appeared _JASON S. HARTLEY_
                              Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _R. E. Baran_
                Signature of Notary Public

[Notary Seal: R. E. BARAN, Commission # 1744362, Notary Public - California, San Diego County, My Comm. Expires May 10, 2011]

Place Notary Seal Above

─────── **OPTIONAL** ───────

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: _AFFIDAVIT OF PROPER VENUE_

Document Date: _3/21/11_                    Number of Pages: _3_

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827