| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, state bar number, and address)*: <br> STUEVE, SIEGEL, HANSON, LLP <br> 550 W. "C" STREET, STE. 610, <br> SAN DIEGO, CA 92101 <br> TELEPHONE NO.*(Optional)* (619) 400-5822 FAX NO.*(Optional)* (619) 400-5832 <br> EMAIL ADDRESS*(Optional)*: <br> ATTORNEY FOR *(Name)*: | FOR COURT USE ONLY |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF:** <br> STREET ADDRESS: 880 FRONT STREET <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: SAN DIEGO, CA 92101 <br> BRANCH NAME: | |
| PLAINTIFF/PETITIONER: WARING <br> DEFENDANT/RESPONDENT: CONSUMERINFO.COM | CASE NUMBER: <br> 11CV0569DMSBLM |
| **PROOF OF SERVICE OF SUMMONS** | Ref No. or File No. <br> 00S69209-01/EXPERIAN |

*(Separate proof of service is required for each party served)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of the summons and
   e. other *(specifiy documents)*:
   SUMMONS AND COMPLAINT; CIVIL CASE COVER SHEET; AFFIDAVIT OF PROPER VENUE;

3. a. Party Served: *(specify name of party as shown on the documents served)*:
      CONSUMERINFO.COM, INC.

   b. Person Served: other *(specify name and relationship to party named in item 3a)*:other *(specify name and relationsh*
      MARIA SANCHEZ, PERSON AUTHORIZED TO ACCEPT

4. Address where the party was served:        818 W. 7TH ST.
                                               LOS ANGELES, CA 90017

5. I served the party *(check proper box)*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date):March 31, 2011 (2) at (time): 02:45 pm

Form Adopted for Mandatory Use <br>
Judicial Council of California POS-010 <br>
[Rev. January 1, 2007]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

68.45

| PETITIONER: WARING | CASE NUMBER: |
| RESPONDENT: CONSUMERINFO.COM | 11CV0569DMSBLM |

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. on behalf of *(specify):*
   CONSUMERINFO.COM, INC.
   [XX] 416.10 (corporation)

7. **Person who served papers**
   a. Name: VICTOR ENRIQUE MENDEZ
   b. Address: 3500 5th. AVE. SUITE 202, SAN DIEGO, CA 92103
   c. Telephone: (619) 299-2012
   d. *The fee* for service was: $ 68.45
   e. I am: (3) a registered California process server
      (i) INDEPENDENT CONTRACTOR
      (ii) Registration No.: 3428
      (iii) County : LOS ANGELES

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: April 1, 2011

VICTOR ENRIQUE MENDEZ
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHALL)                    (SIGNATURE)

Page 2 of 2