Jason S. Hartley (State Bar No. 192514)
*hartley@stuevesiegel.com*
STUEVE SIEGEL HANSON, LLP
550 West C Street, Suite 610
San Diego, CA 92101
Telephone: (619) 400-5822
Facsimile: (619) 400-5832

*Attorney for Individual and Representative Plaintiff David Waring*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WARING, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>CONSUMERINFO.COM, INC.,<br><br>Defendant. | Case No. 11CV0569 DMS BLM<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP RULE 41(a)(1)(A)(i)** |

Pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., Plaintiff hereby voluntarily dismisses, without prejudice, the above captioned action against Defendant Consumerinfo.com, Inc. Defendant has not filed or served either an answer or a motion for summary judgment in this action. Plaintiff has not previously dismissed in any court in the United States or of any state an action based on or including the same claims asserted in the above captioned action.

Dated: April 15, 2011          Respectfully submitted,

By: _____s/ Jason S. Hartley_____
Jason S. Hartley (State Bar No. 192514)
hartley@stuevesiegel.com
STUEVE SIEGEL HANSON, LLP
550 West C Street, Suite 610
San Diego, CA 92101
Telephone: (619) 400-5822

*Attorney for Individual and Representative Plaintiff David Waring*